### 13066.   SPURLIN *v.* THE STATE.

A conviction of assault and battery was authorized by the evidence.

DECIDED JANUARY 18, 1922.

Conviction of assault and battery; from Fayette superior court — Judge Searcy.   October 15, 1921.

*Lester C. Dickson,* for plaintiff in error.

*E. M. Owen, solicitor-general, J. W. Culpepper,* contra.

LUKE, J.  The defendant was indicted for the offense of assault and battery.  The prosecutor testified that without provocation the defendant struck him, and, in addition to having hit him with a rock, pulled out his whiskers, "and it hurt mighty bad."  The defendant stated that the prosecutor cursed him, and that he picked up a rock and threw it at the prosecutor, but missed him, and that

the prosecutor was "making" at him with a stick, and when "I saw that he was coming on me, I reached around with my right hand, and pulled out his whiskers."

There being evidence to authorize the verdict, it was not error to overrule the motion for a new trial, which was based only on the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*